# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| **PORTUS SINGAPORE PTE LTD AND PORTUS PTY LTD.** | |
| Plaintiffs, | Civil Action No. 3:19-cv-310-K |
| v. | JURY TRIAL DEMANDED |
| **VIVINT, INC.,** | |
| Defendant. | |

## PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT WITH PREJUDICE

Plaintiffs Portus Singapore Pte Ltd. and Portus Pty Ltd. (collectively, "Plaintiffs") submit this Response in Opposition to Defendant Vivint, Inc.'s ("Defendant") Motion to Dismiss Plaintiffs' Amended Complaint with Prejudice ("Motion") and Brief in Support (Dkt. Nos. 23 & 24) filed on June 12, 2019. Plaintiffs respectfully request that this Court deny Defendant's Motion for the reasons set forth in the accompanying Answering Brief in Support, filed concurrently with this response pursuant to Local Rule 7.1(d).

DATED July 3, 2019.                    Respectfully submitted,

                                       By: */s/ Stevenson Moore*
                                       Timothy T. Wang
                                       Texas Bar No. 24067927
                                       twang@nilawfirm.com
                                       Stevenson Moore V
                                       Texas Bar No. 24076572
                                       smoore@nilawfirm.com

                                       **NI, WANG & MASSAND, PLLC**
                                       8140 Walnut Hill Ln., Ste. 500
                                       Dallas, TX 75231
                                       Tel: (972) 331-4600
                                       Fax: (972) 314-0900

                                       **ATTORNEYS FOR PLAINTIFFS**
                                       **PORTUS SINGAPORE PTE LTD. AND**
                                       **PORTUS PTY LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of July, 2019, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, Dallas Division, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                       */s/ Stevenson Moore*
                                       Stevenson Moore